# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL GULLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE HERTZ CORPORATION, a Florida corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00732-DSF-PDx<br>The Hon. Dale S. Fischer<br>United States District Court, Ctrm 7D<br><br>**ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE** |

Having reviewed the parties' Joint Stipulation for Dismissal of Action with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby ordered that this entire action is dismissed with prejudice in its entirety with each party to bear his/its own respective costs and fees.

IT IS SO ORDERED.

DATED: August 25, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE